

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00381-CV

| | | |
|---|---|---|
| In the Estate of Larry Ronald Neal, Deceased | § | From County Court at Law No. 2 |
| | § | of Wise County (PR-3670) |
| | § | January 4, 2018 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT ON REHEARING

We withdraw our November 9, 2017 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is reversed in part. We reverse that portion of the trial court's judgment that awarded Larry Neal's real property to Valorie Jean (Neal) White and render judgment that Larry's real property passed through intestacy to his heirs.

It is further ordered that appellee Gary Neal shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth